| | | | |
|---|---|---|---|
| Com. v. Botke [7] | 02/08/2016 497–499 MAL (2015) | Denied | Pa.Super., 122 A.3d 453 |
| Com. v. Brodie [8] | 02/01/2016 452 EAL (2015) | Denied | Pa.Super., 122 A.3d 1138 |
| Com. v. Brooks [9] | 02/01/2016 398 EAL (2015) | Denied | Pa.Super., 122 A.3d 1124 |
| Com. v. Brown [10] | 02/10/2016 546 EAL (2015) | Denied | Pa.Super., 131 A.3d 96 |
| Com. v. Corliss [11] | 12/07/2015 630, 631 MAL (2015) | Denied | Pa.Super., 125 A.3d 448 |
| Com. v. Doheny [12] | 02/08/2016 269 WAL (2015) | Denied | Pa.Super., 121 A.3d 1125 |
| Com. v. Durant [13] | 02/02/2016 696 MAL (2015) | Denied | Pa.Super., 131 A.3d 93 |
| Com. v. Fiddesop [14] | 02/08/2016 541 MAL (2015) | Denied | Pa.Super., 122 A.3d 1131 |
| Com. v. Ford [15] | 02/08/2016 455 WAL (2015) | Denied | Pa.Super., 134 A.3d 92 |
| Com. v. Frazier [16] | 02/01/2016 508 EAL (2015) | Denied | Pa.Super., 125 A.3d 444 |

7. Justice EAKIN did not participate in the consideration or decision of this matter.

8. Justice EAKIN did not participate in the consideration or decision of this matter.

9. Justice EAKIN did not participate in the consideration or decision of this matter.

10. Justice EAKIN did not participate in the consideration or decision of this matter.

11. Reconsideration Denied January 13, 2016.

12. Justice EAKIN did not participate in the consideration or decision of this matter.

13. Justice EAKIN did not participate in the consideration or decision of this matter.

14. Justice EAKIN and Justice WECHT did not participate in the consideration or decision of this matter.

15. Justice EAKIN did not participate in the decision of this matter.

16. Justice EAKIN did not participate in the consideration or decision of this matter.